# EXHIBIT B

# US 8,402,099 Claim chart
# vs
# Dell Live Chat

# U.S. Patent No. US 8,402,099

## US8402099B2
United States

📄 Download PDF  🔍 Find Prior Art  Σ Similar

**Inventor:** Philipp Freiherr Von Werther, Steffen Röder

**Current Assignee:** BRANDENBURG VENTURES GmbH, VON WERTHER PHILIPP FREIHERR

### Worldwide applications

2008 • WO EP US

### Application US12/675,046 events ⓘ

- • Priority claimed from DE102007040574
- 2008-08-21 • Application filed by Individual
- 2010-08-12 • Publication of US20100205543A1
- 2013-03-19 • Application granted
- 2013-03-19 • Publication of US8402099B2
- 2014-04-25 • Assigned to BRANDENBURG VENTURES GMBH, BRANDENBURG, KARLHEINZ, ROEDER, STEFFEN, VON WERTHER, PHILIPP FREIHERR ⓘ
- Status • Active
- 2029-11-23 • Adjusted expiration

**12/675,046 is a National Stage Entry of PCT/EP08/60986 Filed: 08/21/2008 status: Published    Total patent Term Adjustments 459 days**

2

# Related Products

- The following chart is based on Dell Live Chat that can be found on Dell website. As of 2017 Dell was not using a chat platform.



[Contact Us | Dell USA](#)



https://web.archive.org/web/20210801000000*/https://www.dell.com/en-us

3

# US 8,402,099 : Claim 1

1. A method for executing a multimedia communication, in particular at least one of a video, audio or text chat, between a totality of terminals (2) arranged in a communication network (1), which communication is based on a network protocol, in particular at least one of TCP/IP or UDP, wherein:

at least one subscriber generates a personalized user account in the form of a virtual subscriber profile on a server (3) or in a peer-to-peer network, wherein, by setting up the virtual subscriber profile, the multimedia communication is established at each of the terminals:

via the subscriber profile a mode of a subscriber selection preceding the communication, at least one of a communication type or a number of communication links to one of the terminals or the type of data transmission employed for the communication are freely defined;

the subscriber selection mode includes a random process for setting up a communication link between a selecting terminal of a first subscriber profile to at least another terminal of a random subscriber profile; and

the subscriber selection mode includes an activatable call procedure for establishing a communication link between the selecting terminal of the first subscriber profile and at least one other terminal of a subscriber profile stored in a selection list, wherein these subscribers form a plurality of at least one of an open and a closed subscriber sub-pool, whereby all subscribers in the procedure form a total set referred to as a subscriber pool, which subscriber pool may be subdivided into a number of the subscriber sub-pools, whereby all subscribers are classified by entries within their respective subscriber profiles and arbitrarily defined contacts to other subscribers, and whereby the subscriber classifications result in the number of sub-pools, which are formed as subsets of the larger subscriber pool.

# US 8,402,099 : Claim 1

| | |
|---|---|
| 1. A method for executing a multimedia communication, in particular at least one of a video, audio or **text chat**, between a **totality of terminals (2) arranged in a communication network (1), which communication is based on a network protocol, in particular at least one of TCP/IP** or UDP, wherein: | Dell provides a method for executing a multimedia communication, for example, when a customer is in Dell website, a **Chat with us** can be clicked (thereby executing a multimedia communication) by the customer to start a Live Chat.<br><br>This Live Chat will include **two terminals**, a terminal with a customer, having the customers profile stored at Dell for example, "**John**" and another terminal with a "**Hariharan**", that will have a profile stored at Dell. **The customer and Dell Agent can join the multimedia communication session within the Dell Live Chat on a network using TCP/IP or UDP network protocols.** |




[Contact Us | Dell USA](#)

5

# US 8,402,099 : Claim 1

| | |
|---|---|
| 1. A **method for executing a multimedia communication, in particular at least one of a** video, audio or **text chat**, | Dell provides a method for executing a multimedia communication **Live chat**: for example, a customer can request a **Live Chat session** with a Dell **Agent** after the customer executes the multimedia communication, by clicking on the **"Chat with us" symbol** found in the bottom right-hand corner of Dell web page. The symbol "**Chat with us**" can be seen below and inside the **black dashed box**. |



[Contact Us | Dell USA](Contact Us | Dell USA)

# US 8,402,099 : Claim 1

| | |
|---|---|
| **between a totality of terminals (2)** | Once the customer clicks on the **Chat Now** symbol, a multimedia communication is executed between two terminals, one terminal with a **Dell Agent**, for example "**Hariharan**", in the **black Dashed box** below, who will have a profile stored at **Dell** and another terminal with a **customer, for example, "John" in the black solid box below, who will have a customer profile stored at Dell.** The '099 patent describes a terminal as "terminals in the form of computers, mobile PCs or so-called hand-held devices." |



**Contact Us | Dell USA**

# US 8,402,099 : Claim 1

| | |
|---|---|
| **arranged in a communication network (1), which communication is based on a network protocol, in particular at least one of TCP/IP or UDP,** wherein: | The Dell Agent, for example, Hariharan, is using a terminal to communicate with the customer John on John's terminal. In the **black dashed box** below, Hariharan is responding to John's question originating from John's terminal, and Hariharan replies from Hariharan's terminal, "**My name is Hariharan**". Hariharan and John are both communicating over the internet using **TCP/IP network protocol**. Dell says in their Live Chat, "**We will be with you shortly**". This means Dell is connecting the Agent and customer by the TCP/IP protocol.<br>Web based definitions for TCP/IP or UDP claim: "The Internet protocol suite, commonly known as TCP/IP, is a framework for organizing the set of communication protocols used in the Internet and similar computer networks according to functional criteria. The foundational protocols in the suite are the Transmission Control Protocol (TCP), the User Datagram Protocol (UDP), and the Internet Protocol (IP)." https://en.wikipedia.org/wiki/Internet_protocol_suite |



[**Contact Us | Dell USA**](#)

# US 8,402,099 : Claim 1

| | |
|---|---|
| **at least one subscriber generates a personalized user account in the form of a virtual subscriber profile on a server (3**) or in a peer-to-peer network, wherein**, by setting up the virtual subscriber profile**, **the multimedia communication is established at each of the terminals:** | Dell operates a web server to sell products and interact with customers using their chat feature. Dell has Customer Support Agent's, for example, Hariharan, says, **"Hello John" "My name is Hariharan.",** as can be seen in the **black dashed box,** Hariharan will have a personalized user account at Dell and on Dell server. A multimedia communication is then established using the internet between **Dell Agent's terminal "Hariharan" on Hariharan's device and the** customer's terminal, **"John" on John's** device**.** This means Dell **Chat** wants you, "John" to **type your message here (Black underline below)** to "**Hariharan**" the Dell representative. |



The '099 specification Col 6 Rows 34 - 41 describes the server in one embodiment as, "The server comprises means **for operating a web server,** corresponding programs for the functionalities described below and means for operating a database. If the arrangement is embodied as a peer-to-peer network, these functions are distributed in part or wholly over the computers involved in the network."

**Contact Us | Dell USA**

9

# US 8,402,099 : Claim 1

| | |
|---|---|
| **via the subscriber profile a mode of a subscriber selection preceding the communication, at least one of a communication type** or a number of communication links to one of the terminals or the type of data transmission employed for the communication **are freely defined;** | **Dell Live Chat** uses a communication, for example, **Live Chat** to allow a customer and a Dell Agent to communicate over the internet. Once the customer creates a user account or entering their personal information with their "**Email, First name, Last Name**" the customer then can communicate in Live Chat that is **freely defined** and **preceding the communication** (beginning of the Live Chat). |



[Contact Us | Dell USA](#)

10

# US 8,402,099 : Claim 1

| | |
|---|---|
| the subscriber selection mode includes a random process for setting up a communication link **between a selecting terminal of a first subscriber profile** to at least another terminal of a random subscriber profile; and | Dell uses a random process to set up a communication link between two users, for example, between "**John**" and "**Hariharan** " found in the **black solid box** and then between "**John**" and "**V Shiva."** found in the **black dashed box**. This implies that the system is looking to link an agent with a customer (random).  Two different random Agent's have responded within different times. **Hariharan and V Shiva, to a first subscriber profile "John" stored in John's profile account within Dell server and can be found in the dashed brown box below.** |



[Contact Us | Dell USA](#)

# US 8,402,099 : Claim 1

| | |
|---|---|
| the subscriber selection mode includes an activatable call procedure for establishing a communication link between **the selecting terminal of the first subscriber profile** and at least one other terminal of a subscriber profile stored in a selection list | Dell system puts the **customer "John" (Brown solid box below)** in a chat room with one of Dell Agent's, for example, Hariharan, " Hello John! This is Precious from Dell.com and I will be your chat assistant today. support.." (Red dashed box below). Thus, establishing a communication link between "Hariharan " and **"John", so "John",** the customer can send a message, for example, **type your message here (Black underline below** to "Hariharan", one of Dell Agents, asking for support. |



**Contact Us | Dell USA**

12

# US 8,402,099 : Claim 1

| | |
|---|---|
| **wherein these subscribers form a plurality of at least one of an open and a closed subscriber sub-pool, whereby all subscribers in the procedure form a total set referred to as a subscriber pool, which subscriber pool may be subdivided into a number of the subscriber sub-pools, whereby all subscribers are classified by entries within their respective subscriber profiles and arbitrarily defined contacts to other subscribers**, and whereby the **subscriber classifications result in the number of sub-pools, which are formed as subsets of the larger subscriber pool.** | Dell uses a random process to set up a communication link between two users (Subscribers)." "**We will be with you shortly**". this implies that Dell is trying to link an Dell agent (Subscriber) with a customer (Subscriber) out of **their pool of Agents (Subscriber)** . **The Agents (Subscriber) may also be split up into sub pools.**<br>The pool of Dell Agents (Subscriber) **may** also be grouped into sub pools defined by store location, or by the time of day "accessories and peripherals, Alienware and gaming, Laptops and desktops, etc". Some Agents(Subscriber) , for example, **may** form a morning sub pool and **may** only be available during the morning, and some Agents (Subscriber), for example, **may** form an afternoon or evening sub pool. |



**Contact Us | Dell USA**

13